# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>YONG JIANG<br>DEFENDANT(S). | CASE NUMBER<br>2:24-mj-01241-DUTY<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Government</u>, IT IS ORDERED that a detention hearing is set for <u>March 11</u>, <u>2024</u>, at <u>11:00</u> ☒a.m. / ☐p.m. before the Honorable <u>A. Joel Richlin</u>, in Courtroom <u>780</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>March 6, 2024</u>

_____
U.S. ~~District Judge~~/Magistrate Judge